No. 71–5483.   JONES *v.* ZELKER, CORRECTIONAL SUPER-INTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 71–5487.   CESARIO *v.* DAVISON ET UX.   C. A. 7th Cir.   Certiorari denied.

No. 71–5488.   OLIVER *v.* MICHIGAN.   Sup. Ct. Mich. Certiorari denied.

No. 71–5489.   WALKER *v.* KINNEARY, U. S. DISTRICT JUDGE.   C. A. 6th Cir.   Certiorari denied.

No. 71–5491.   HENRY *v.* JOHNSON, ADMINISTRATOR OF VETERANS' ADMINISTRATION.   C. A. 5th Cir.   Certiorari denied.

No. 71–5492.   MONTEIRO *v.* PICARD, CORRECTIONAL SUPERINTENDENT.   C. A. 1st Cir.   Certiorari denied.

No. 71–5493.   SANDOVAL ET AL. *v.* SUPERIOR COURT OF LOS ANGELES COUNTY.   Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–5494.   HILL, ADMINISTRATRIX *v.* OHIO COUNTY ET AL.   Ct. App. Ky.   Certiorari denied.

No. 71–5495.   DUNMORE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 71–5496.   ANDREWS *v.* NORTH CAROLINA.   Super. Ct. N. C., Wake County.   Certiorari denied.

No. 71–5498.   BAUGUESS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 71–5499.   O'NEAL *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.